IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IHFC PROPERTIES, LLC,            )
                                 )
        Plaintiff,                )
                                 )
   v.                            )        1:10cv568
                                 )
APA MARKETING, INC., and         )
WHALEN FURNITURE                 )
MANUFACTURING, INC.,             )
                                 )
        Defendants.               )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that IHFC Properties, LLC, shall have and recover of APA Marketing, Inc., $172,470.51, plus a late fee of $8,623.53, plus interest at the contract rate of one and one-half percent per month from May 1, 2009, until the date of Judgment, plus reasonable attorneys' fees of $25,870.57, and costs.

IT IS FURTHER ORDERED AND ADJUDGED that Whalen Furniture Manufacturing, Inc., shall be jointly and severally liable for, and IHFC Properties, LLC, shall have and recover of it $172,470.51, plus costs, for use of the Lease space on the basis of quasi-estoppel.

                              /s/   Thomas D. Schroeder
                              United States District Judge
January 14, 2014