UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CIVIL ACTION NO: 1:10CV568

| | |
|---|---|
| IHFC PROPERTIES, LLC, | ) |
| Plaintiff, | ) ) ) NOTICE OF APPEAL |
| vs. | ) ) |
| APA MARKETING, INC., and WHALEN FURNITURE MANUFACTURING, INC., | ) ) ) ) |
| Defendants. | ) ) |

Notice is hereby given that Whalen Furniture Manufacturing, Inc., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order [Doc. 56], and final Judgment [Doc. 57] entered in this action on the 14th day of January, 2014, and as clarified by the Order denying Whalen Furniture Manufacturing, Inc.'s Motion to Alter Judgment [Doc. 65], entered on April 22, 2014.

Respectfully submitted this the 21st day of May, 2014.

/s/Jeffrey T. Workman
N. C. State Bar #22395
Attorneys for: Defendant Whalen Furniture Manufacturing, Inc.
Connors Morgan PLLC
609-B Eugene Court
Greensboro, North Carolina 27401
(336) 333-7907
jworkman@connorsmorgan.com

1

/s/Randall S. Waier
Randall S. Waier
CA State Bar #75430
Pro Hac Vice for Defendant Whalen Furniture
Manufacturing, Inc.
Law Offices of Randall S. Waier
20241 SW Birch Street, Suite 103
Newport Beach, California 92660
(949) 476-2511
waier@adelphia.net

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by email and first class mail on May 21, 2014.

By: /s/Randall S. Waier
Randall S. Waier
CA State Bar #75430
Pro Hac Vice for Defendant Whalen Furniture
Manufacturing, Inc.
20241 SW Birch Street, Suite 103
Newport Beach, California 92660
(949) 476-2511
waier@adelphia.net