FILED: June 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1484 (L)
(1:10-cv-00568-TDS-LPA)

_____

IHFC PROPERTIES, LLC

      Plaintiff - Appellee

v.

WHALEN FURNITURE MANUFACTURING, INC.

      Defendant - Appellant

 and

APA MARKETING, INC.

      Defendant

_____

No. 14-1536
(1:10-cv-00568-TDS-LPA)

_____

IHFC PROPERTIES, LLC

      Plaintiff - Appellant

v.

WHALEN FURNITURE MANUFACTURING, INC.

       Defendant - Appellee

and

APA MARKETING, INC.

       Defendant

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

       /s/ PATRICIA S. CONNOR, CLERK